**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | RICHARD B. HENRY, | : | Chapter 13 |
| | JENNA L. HENRY, | : | |
| | | : | |
| | Debtors. | : | Bky. No. 10-16529 ELF |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Valuation of Security filed by the Debtors (Doc. # 42) ("the Motion"), and the Response thereto filed by World Omni Financial Corp. ("World Omni"), and after a hearing, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART**.

2. The replacement value under 11 U.S.C. §506(a) of the 2006 Toyota Tundra, which is the subject of the Motion, is **$15,045.00**.

3. World Omni's proof of claim (Claim No. 1) is **ALLOWED** as a secured claim in the amount of **$15,045.00** and as a general unsecured claim in the amount of **$4,374.93**.

4. The Clerk shall amend the Claims Register to reflect the terms of Paragraph 3 above.

Date:   August 18, 2011

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE