**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | RICHARD B. HENRY, | : | Chapter 13 |
| | JENNA L. HENRY, | : | |
| | | : | |
| | Debtors. | : | Bky. No. 10-16529 ELF |

# O R D E R

AND NOW,, it is hereby **ORDERED** that the Memorandum filed on **August 18, 2011** (Doc. # 57) is **REPLACED** with the attached Amended Memorandum (in order to correct a clerical error on page 14).

Date:   August 19, 2011

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

-1-